United States District Court
Southern District Of Texas
FILED

JUN 16 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.  M-20-0869-S1 |
| | § | |
| EMILY JULIETA GONZALEZ | § | |
| | § | |
| JORGE ALBERTO DE LEON | § | |
| also known as "Ayon" | § | |
| also known as "Fantasma" | § | |
| also known as "Chavalon" | § | |
| DANIEL HERRERA-BEAR | § | |
| RUBEN ARTEMIO VILLARREAL, JR. | § | |
| also known as "Chacho" | § | |
| ISRAEL HERNANDEZ | § | |
| also known as "Peko" | § | |

*7/1/2020 cr

### SEALED SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about March 18, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

### EMILY JULIETA GONZALEZ

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

## Count Two

On or about March 18, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**EMILY JULIETA GONZALEZ**

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 9 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1) and Title 18, United States Code, Section 2.

## Count Three

On or about March 18, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**EMILY JULIETA GONZALEZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Four

On or about March 18, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**EMILY JULIETA GONZALEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 9 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Five

On or about March 18, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JORGE ALBERTO DE LEON**
also known as "Ayon"
also known as "Fantasma"
also known as "Chavalon"
**DANIEL HERRERA-BEAR**
**RUBEN ARTEMIO VILLARREAL, JR.**
also known as "Chacho"
and
**ISRAEL HERNANDEZ**
also known as "Peko"

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Six

On or about March 18, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> **JORGE ALBERTO DE LEON**
> also known as "Ayon"
> also known as "Fantasma"
> also known as "Chavalon"
> **DANIEL HERRERA-BEAR**
> **RUBEN VILLARREAL** ARTEMIO VILLARREAL, JR.
> also known as "Chacho"
> and
> **ISRAEL HERNANDEZ**
> also known as "Peko"

with the intent to cause death and serious bodily harm, did take or attempt to take a motor vehicle, that is, a Chevrolet Trailblazer, that had been transported, shipped, and received in interstate commerce and foreign commerce from the person and presence of EMILY JULIETA GONZALEZ, by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY


_____
ASSISTANT UNITED STATES ATTORNEY